# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO A. GARCIA,<br><br>    Plaintiff,<br><br> v.<br><br>RUBEN GARCIA, et al.,<br><br>    Defendants. | Case No. 1:17-cv-01313-BAM (PC)<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 2)<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY KINGS COUNTY SHERIFF'S DEPARTMENT |

  Plaintiff Marco A. Garcia ("Plaintiff") is a county jail inmate appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on October 2, 2017. (ECF No. 1.) That same day, Plaintiff filed a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 2.)

  Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. The Kings County Sheriff's Department is required to send to the Clerk of the Court payments from Plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is GRANTED;

**2. The Sheriff of Kings County Jail or his or her designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action;**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's in forma pauperis application on the Sheriff of the Kings County Jail at, Attn: Inmate Trust Account, 1570 Kings County Drive Hanford, California 93230; and

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated: **October 3, 2017**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE