**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO A. GARCIA,<br><br>            Plaintiff,<br><br>     v.<br><br>GARCIA, *et al.*,<br><br>            Defendants. | Case No.  1:17-cv-01313-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' DISCOVERY REQUESTS<br>(ECF No. 39)<br><br>**FORTY-FIVE (45) DAY DEADLINE**<br><br>ORDER DIRECTING DEFENDANTS TO RE-SERVE COURTESY COPIES OF APRIL 9, 2019 DISCOVERY REQUESTS ON PLAINTIFF<br><br>**SEVEN (7) DAY DEADLINE** |

      Plaintiff Marco A. Garcia ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's complaint against Defendants Garcia and Bursiaga for excessive force in violation of the Eighth Amendment.  All parties have consented to Magistrate Judge jurisdiction and the case has been reassigned to the undersigned for all further purposes and proceedings, including trial and entry of judgment.  (ECF No. 28.)

      On April 9, 2019, Plaintiff was served with: Defendant Bursiaga's Special Interrogatories (Set One) and Request for Production of Documents (Set One) and Defendant Garcia's Special Interrogatories (Set One) and Request for Production of Documents (Set One).  (Declaration of

1  Matthew P. Bunting, ECF No. 31-1, Exhibits 1–4.)  Plaintiff did not respond.  (Id. ¶ 7.)  Plaintiff

2  also did not respond to a meet and confer letter from defense counsel.  (Id. ¶ 10.)

3  On July 10, 2019, Defendants filed a motion to compel regarding Plaintiff's failure to

4  respond to their discovery requests.  (ECF No. 31.)  The Court stayed briefing on the motion to

5  compel and ordered the parties to meet and confer, but the parties were unable to resolve the

6  dispute.  (ECF Nos. 32, 33.)  The Court reinstated briefing on the motion to compel, but Plaintiff

7  failed to file an opposition or otherwise communicate with the Court.  Accordingly, on June 19,

8  2020, the Court granted Defendants' motion to compel and ordered Plaintiff to serve answers and

9  responses to the outstanding discovery requests within thirty days.[1]  (ECF No. 38.)

10  Currently before the Court is Plaintiff's request for extension of deadline, filed July 17,

11  2020.  (ECF No. 39.)  The deadline for Defendants to file an opposition or other response has

12  expired, and the motion is deemed submitted.  Local Rule 230(l).

13  In his motion, Plaintiff states that his failure to file a response was not due to

14  unwillingness on his part, but merely a lack of knowledge and the current environment in the

15  prison.  (ECF No. 39.)  Plaintiff states that his building has been on medical isolation for two and

16  a half months due to precautionary measures after an officer that works in the building contracted

17  COVID-19.  Plaintiff states that the facility has been on a modified program since March, which

18  included closure of access to the law library.  During this time, Plaintiff also lost a lot of his

19  paperwork and legal materials due to cell searches and staff confiscating items, such as metal

20  clips on envelopes, that are considered contraband.  Plaintiff states that he was not able to respond

21  to anything due to the medical isolation and COVID-19 quarantine, but he would like to litigate

22  this action.  Plaintiff requests that "all that stuff they want" be re-served, as well as an extension

23  of time to respond.  (Id.)

24  Plaintiff does not specify the length of extension requested, nor is it clear to the Court

25  whether he is seeking an extension of time to oppose Defendants' motion to compel or merely an

---

[1] In the same order, the Court also granted Defendants' request for sanctions, assessed reasonable expenses in the amount of $615.00 against Plaintiff, and stayed the order assessing reasonable expenses.  (ECF No. 38.)  The Court further extended the discovery and dispositive motion deadlines.  (Id.)

extension of time to respond to the discovery requests.  Nevertheless, given the current procedural posture of this matter, the Court construes the motion as a request for an extension of time to respond to Defendants' discovery requests.[2]

Having considered the request, and in light of Defendants' failure to file an opposition, the Court finds good cause to extend the deadline for Plaintiff to respond to Defendants' written discovery requests.  The Court also finds good cause to grant Plaintiff's request for re-service of Defendants' discovery requests.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for extension of time to respond to Defendants' written discovery request, (ECF No. 39), is GRANTED;

2. Defendants shall re-serve a courtesy copy of the April 9, 2019 discovery requests on Plaintiff within **seven (7) days** from the date of service of this order;

3. Plaintiff's responses to the discovery requests shall be served on Defendants (but not filed with the Court) within **forty-five (45) days** from the date of service of this order; and

4. **If Plaintiff fails to comply with this order, Defendants are not precluded from seeking appropriate sanctions, up to and including terminating sanctions, pursuant to Federal Rule of Civil Procedure 37(b)(2).**

IT IS SO ORDERED.

Dated:   **August 10, 2020**              /s/ Barbara A. McAuliffe            
                                                         UNITED STATES MAGISTRATE JUDGE

---

[2] To the extent Plaintiff is requesting an extension of time to oppose the motion to compel, the Court notes that Plaintiff's opposition was due on or before April 20, 2020, nearly four months ago.  As the deadline has long since expired, the Court does not find good cause for an extension of this deadline.