**FILED**

NOV 01 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO A. GARCIA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GARCIA, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:17-cv-01313-BAM (PC)<br><br>NOTICE AND ORDER THAT PLAINTIFF **MARCO A. GARCIA, CDCR #BF-8082**, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

　　　The jury trial in this matter commenced on November 1, 2021, and **Plaintiff Marco A. Garcia, CDCR #BF-8082**, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

　　　IT IS SO ORDERED.

Dated: 11/1/21

　　　　　　　　　　　　　　　　　　　　　　/s/ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　　　　BARBARA A. McAULIFFE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE