FILED

NOV 3 0 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO A. GARCIA,<br><br>               Plaintiff,<br><br>    v.<br><br>GARCIA, *et al.*,<br><br>               Defendants. | Case No.  1:17-cv-01313-BAM (PC)<br><br>NOTICE AND ORDER THAT PLAINTIFF **MARCO A. GARCIA, CDCR #BF-8082,** IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

The jury trial in this matter commenced on November 30, 2021, and **Plaintiff Marco A. Garcia, CDCR #BF-8082**, has testified and is no longer needed by the Court as a witness in these proceedings.  Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:  11/30/21

BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

1