**FILED**

NOV 3 0 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
　　　　DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO A. GARCIA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>RUBEN GARCIA, ET. AL,<br><br>　　　　　　Defendant. | No.   1:17-cv-01313-BAM (PC)<br><br>JUDGMENT IN A CIVIL ACTION |

　　　JURY VERDICT: This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　　　IT IS HEREBY ORDERED AND ADJUGED that JUDGMENT be entered in favor of Defendants and against Plaintiff on all of plaintiff's claims, according to the verdict of the trial the jury returned in open Court on November 30, 2021.

　　　The Clerk of the Court is instructed to CLOSE THIS CASE.

Dated:  November 30, 2021　　　　　　　　KEITH HOLLAND, CLERK OF THE COURT

　　　　　　　　　　　　　　　　　　　　　By: /s/ Esther Valdez
　　　　　　　　　　　　　　　　　　　　　　　Esther Valdez, Deputy Clerk

1